SMITH v. SIMONSON. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by James G. Smith against Stephen N. Simonson. No opinion. Motion granted, with $10 costs.

SOCIALISTIC CO-OP. PUB. ASS'N v. KUHN et al. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by the Socialistic Co-operative Publishing Association against Henry Kuhn and others. No opinion. Motion denied, with $10 costs.

In re SPEAR. (Supreme Court, Appellate Division, First Department. December 31, 1900.) In the matter of Howard Spear. No opinion. Charges dismissed.

STACEY, Appellant, v. RUDES et al., Respondents. (Supreme Court Appellate Division, Third Department. January 9, 1901.) Action by Hattie Stacey against James M. Rudes and another. No opinion. Judgment and order affirmed, with costs.

STEVENS, Appellant, v. MARCELLUS ELECTRIC RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 29, 1901.) Action by Lyman A. Stevens against the Marcellus Electric Railway Company, Charles Garvey, and Minnie Garvey. No opinion. Judgment affirmed, with costs. All concur, except McLENNAN, J., not voting.

STEWART v. VADEBONCOEUR. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Alexander Stewart, administrator, etc., against Ladislas Vadeboncoeur. No opinion. Judgment unanimously affirmed, with costs.

STILLMAN, Appellant, v. BRANT, Respondent. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Action by Howard Y. Stillman against Henry L. Brant. H. A. Forster, for appellant. F. H. Wadsworth, for respondent. No opinion. Judgment affirmed, with costs.

In re SULLIVAN. (Supreme Court, Appellate Division, Fourth Department. January 29, 1901.) In the matter of the proceedings to disbar Peter M. Sullivan, an attorney. No opinion. Order of reference to Joseph W. Taylor, Esq., an attorney and counselor of the city of Rochester, N. Y., filed with the clerk.

SUPIK, Respondent, v. STEINHARDT et al., Appellants. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Agnes Supik against Lewis Steinhardt and others. L. S. Carrere, for appellants. P. Jones, for respondent. No opinion. Judgment and order affirmed, with costs.

TAIT v. BUFFALO RY. CO. (Supreme Court, Appellate Division, Fourth Department. January 15, 1901.) Action by Delia M. Tait, as administratrix, etc., against the Buffalo Railway Company.

PER CURIAM. Order (67 N. Y. Supp. 403) amended, so as to read: "It is hereby ordered and adjudged that the judgment and order so appealed from be, and the same hereby are, reversed upon the law and the facts, and a new trial ordered, with costs to the appellant to abide event."

TALLMAN, Appellant, v. TALLMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Gertrude L. Tallman, individually and as executrix, etc., against Margarita H. Tallman, individually and as executrix, etc., and others. No opinion. Order affirmed, on argument, without costs, but with disbursements of the parties on this appeal, to be taxed in their respective bills of costs.

TEABOUT, Respondent, v. CONNOLLY, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Clarence C. Teabout against Daniel Connolly. No opinion. Judgment and order unanimously affirmed, with costs.

THIRD NAT. BANK OF SYRACUSE, Respondent, v. KEEFFE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 15, 1901.) Action by the Third National Bank of Syracuse against Arthur J. Keeffe and others. No opinion. Motion for leave to appeal to court of appeals granted, without costs.

THOMPSON, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Emma Thompson against Joseph R. Thompson. W. A. Mitchell, for respondent. No opinion. Judgment affirmed, with costs.

In re TOUSEY. (Supreme Court, Appellate Division, First Department. December 31, 1900.) In the matter of Mary B. Tousey, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

TRASK et al., Respondents, v. STURGES, Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by Gustavus D. S. Trask and others against Sadie T. Sturges. W. R. Wilder, for appellant. H. L. Sprague, for respondents. No opinion. Judgment (63 N. Y. Supp. 1084) affirmed, with costs.